UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Astudillo,<br><br>Petitioner,<br><br>-v-<br><br>Catletti et al.,<br><br>Respondents. | : | 26-CV-6109 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

A bond hearing is scheduled before this Court on August 25, 2026 at 4:00 p.m. The Parties are directed to file any briefing and/or documents in support of their respective positions on bond, including but not limited to alternatives to detention and Petitioner's ability to pay, by August 18, 2026.

SO ORDERED.

Dated: August 12, 2026
New York, New York

DALE E. HO
United States District Judge