August 13, 2026

Hon. Dale E. Ho
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007

*Via CM/ECF*

Re: *Aguilarte Astudillo v. Catletti*, No. 26-cv-6109
Request to Reschedule Bond Hearing

Dear Judge Ho:

I write to respectfully request the Court to reschedule Petitioner Miguel Aguilarte Astudillo's bond hearing for a date between September 2–4. I submit this request after consultation with the U.S. Attorney's Office for the Southern District of New York, in accordance with this Court's Order of July 24, 2026. *See* ECF No. 7 at 3. Mr. Aguilarte Astudillo's bond hearing is currently scheduled for August 25, 2026, with a briefing and evidence call-up set for August 18, 2026.

If possible, undersigned counsel would appreciate a hearing date (at any time) for either September 3 or 4, with a backup date of September 2 if either September 3 or 4 are unavailable. The additional time will allow the parties to more fully prepare for the hearing, as well as afford the parties an opportunity to confer about the case before the scheduled hearing. If this Court reschedules the bond hearing, Mr. Aguilarte Astudillo also respectfully requests the Court to reset the call-up dates to one week before the scheduled hearing date.

Respectfully submitted,

*/s/ John Peng*
John Peng
UnLocal, Inc.
45 W. 29th St. Ste. 203
(516) 712-7608
johnhcpeng@gmail.com
*Pro Bono Counse for Petitioner*

**Application GRANTED. Due to the Court's calendar, the hearing is ADJOURNED to September 9, 2026 at 3:00 p.m. in Courtroom 905. The briefing deadline is EXTENDED to September 2, 2026. The Clerk of Court is respectfully directed to terminate ECF No.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 14, 2026
New York, New York