UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL E. ARGUILARTE ASTUDILLO,
Petitioner,

v.

LAWRENCE CATLETTI, *et al.*,

Respondents.

26-CV-6109 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties have conferred and reached agreement that the following terms and conditions shall govern Petitioner's custody and release during the pendency of his 8 U.S.C. § 1229a removal proceedings:

1. Petitioner shall post a $5,000 bond.
2. Petitioner shall report once every four weeks for in-person check-ins with U.S. Immigration and Customs Enforcement ("ICE"), at a time and manner to be specified by ICE with reasonable notice to Petitioner.
3. Petitioner will be enrolled into ICE's Alternatives to Detention ("ATD") program, which may require periodic telephone reporting and periodic home visits with reasonable notice to Petitioner, but will not be subjected to any additional conditions through that program beyond those enumerated in this order.
4. Petitioner shall be required to wear a GPS ankle monitor.
5. Petitioner shall not associate with known gang members, criminal associates, or be associated with any such activity.
6. Petitioner shall not commit any crimes.
7. Petitioner shall notify ICE within 48 hours of any change to his home address.
8. Upon his release from detention, ICE shall return Petitioner's belongings to him, and to the extent they are not provided to Petitioner upon his release from the detention facility, ICE shall make the belonging available for pick up at 26 Federal Plaza, New York, New York. And to the extent that any of Petitioner's belongings are missing, ICE shall undertake reasonable efforts to locate and return such items.

The Court shall retain jurisdiction to enforce this Order.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 2, 2026
New York, New York

DALE E. HO
United States District Judge